| | |
|---|---|
| ISRAEL ONTIVEROS<br><br>                            Petitioner,<br><br>v.<br><br>JARED D. LOZANO,<br><br>                            Respondent. | Case No.: 19cv2072-MMA (RBM)<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

On November 28, 2019, Petitioner, a state prisoner proceeding pro se, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, but neither paid the $5.00 filing fee nor submitted a request to proceed in forma pauperis. ECF No. 1. On November 4, 2019, the Court dismissed the Petition for failure to satisfy the filing fee requirement. ECF No. 2. Petitioner was instructed that if he wished to proceed with this action he was required to satisfy the filing fee requirement on or before December 31, 2019. *Id.* Petitioner was also instructed that because his Petition contained both exhausted and unexhausted claims, he was required to choose from several options on or before December 31, 2019, in order to avoid a future dismissal of this action after satisfying the filing fee on the basis that his Petition contains both exhausted and unexhausted claims. *Id.*

Petitioner has now filed a Motion to proceed in forma pauperis but has not yet

notified the Court of any option regarding his mixed petition.

## **MOTION TO PROCEED IN FORMA PAUPERIS**

Petitioner has no funds on account at the California correctional institution in which he is presently confined. ECF No. 3 at 4, 6. Petitioner cannot afford the $5.00 filing fee. Thus, the Court **GRANTS** Petitioner's application to proceed in forma pauperis, and allows Petitioner to prosecute the above-referenced action as a poor person without being required to prepay fees or costs and without being required to post security.

## **CONCLUSION AND ORDER**

Petitioner's Motion to proceed in forma pauperis is **GRANTED**. This action is **DISMISSED** without prejudice for the reasons set forth in this Court's November 1, 2019 Order of Dismissal. To proceed with this matter Petitioner must, **on or before December 31, 2019**, choose one of the options listed in the November 1, 2019 Order of Dismissal in order to avoid having a final dismissal of this action entered for failing to allege exhaustion of state court remedies as to all claims presented.

**IT IS SO ORDERED.**

Dated: December 9, 2019

Hon. Michael M. Anello
United States District Judge